STATE OF NEW JERSEY v. CLIFFORD A. WILLIAMS.

November 26, 1985.

Motion for leave to appeal is granted, and the order of the Superior Court, Law Division, disqualifying counsel for defendant Clifford A. Williams, is summarily reversed, and the matter is remanded to the Law Division for the trial judge to conduct a voir dire examination of defendant Clifford A. Williams for

confirmation of his waiver of any asserted conflict of interest on the part of his attorney.

Jurisdiction is not retained.